MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LISA EDNA JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 2:17-cv-02359-CKD<br><br>**STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME FOR DEFENDANT TO FILE HER MSJ** |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a first extension of time of 30 days to file her MSJ. Defendant respectfully requests this extension because the undersigned recently returned from a two and a half week vacation in Taiwan, and consequently has a very heavy accumulated workload.

Stip. to Extend Def.'s MSJ

1

| | |
|---|---|
| 1 | The new due date for Defendant's MSJ will be Monday, July 16, 2018. |

Respectfully submitted,

Date: *June 14, 2018*　　　　　　　　　CERNEY KREUZE & LOTT, LLP

　　　　　　　　　　　　　　　By:　*/s/ Langley Kreuze*\*
　　　　　　　　　　　　　　　　　　LANGLEY KREUZE
　　　　　　　　　　　　　　　　　　*\* By email authorization on June 12, 2018*
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Date: *June 14, 2018*　　　　　　　　　MCGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　By:　*/s/ Michael K. Marriott*
　　　　　　　　　　　　　　　　　　MICHAEL K. MARRIOTT
　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney
　　　　　　　　　　　　　　　　　　Attorneys for Defendant

<u>Of Counsel</u>
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

<u>ORDER</u>

APPROVED AND SO ORDERED.

Dated: June 18, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE