MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LISA EDNA JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 2:17-cv-02359-CKD<br><br>**STIPULATION AND ORDER FOR A SECOND EXTENSION OF TIME FOR DEFENDANT TO FILE HER MSJ** |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a second extension of time of 15 days to file her MSJ. Defendant respectfully requests this extension because of a very heavy caseload, and because the undersigned has recently missed time from the office due to illness.

////

////

1

The new due date for Defendant's MSJ will be Tuesday, July 31, 2018.

Respectfully submitted,

Date: *July 16, 2018*  CERNEY KREUZE & LOTT, LLP

By: */s/ Langley Kreuze**
LANGLEY KREUZE
* *By email authorization on July 16, 2018*
Attorney for Plaintiff

Date: *July 16, 2018*  MCGREGOR W. SCOTT
United States Attorney

By: */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant United States Attorney
Attorneys for Defendant

<u>Of Counsel</u>
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

<u>ORDER</u>

APPROVED AND SO ORDERED.

Dated: July 17, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE