MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| LISA EDNA JOHNSON, | Civil No. 2:17-cv-02359-CKD |
| Plaintiff, | **STIPULATION AND ORDER FOR A THIRD EXTENSION OF TIME FOR DEFENDANT TO FILE HER MSJ** |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a third extension of time of 7 days to file her MSJ. Defendant respectfully requests this extension because of a very heavy caseload, including three other District Court merits briefs due this week, as well as a scheduled motion hearing requiring significant preparation time.

///

///

The new due date for Defendant's MSJ will be Tuesday, August 7, 2018.

Respectfully submitted,

Date: *July 31, 2018*　　　　　　　　　　CERNEY KREUZE & LOTT, LLP

By:　*/s/ Langley Kreuze**
　　　LANGLEY KREUZE
　　　* *By email authorization on July 31, 2018*
　　　Attorney for Plaintiff

Date: *July 31, 2018*　　　　　　　　　　MCGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　United States Attorney

By:　*/s/ Michael K. Marriott*
　　　MICHAEL K. MARRIOTT
　　　Special Assistant United States Attorney
　　　Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

ORDER

APPROVED AND SO ORDERED.

Dated: August 2, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE